**Motion GRANTED and Order filed June 20, 2019.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-19-00484-CV
_____

### IN RE SPRINT SAND AND CLAY, LLC, Relator

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**11th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2018-66557**

---

## ORDER

On June 18, 2019, relator Sprint Sand and Clay, LLC, filed a petition for writ of mandamus asking this court to compel the Honorable Kristen Brauchle Hawkins, Judge of the 11th District Court, in Harris County, Texas, to vacate her order dated

June 11, 2019 which grants in part and denies in part plaintiffs'[1] motions to compel ("June 11 order").

Relator has also filed a motion for temporary relief, asking this court to stay the June 11 order pending a decision on the petition for writ of mandamus. *See* Tex. R. App. P. 52.8(b), 52.10.

It appears from the facts stated in the petition and motion that relator's request for relief requires further consideration and that relator will be prejudiced unless immediate temporary relief is granted. We therefore **GRANT** relator's motion in part and issue the following order:

We **ORDER** the June 11 order **STAYED** only to the extent that it compels relator to produce documents in response to (1) Request for Production No. 1, (1) (2) Request for Production No. 154, or (3) any other request for production seeking documents from 2000 to the present. The June 11 order is stayed to this extent until a final decision by this court on relator's petition for writ of mandamus, or until further order of this court.

In addition, the court requests real parties-in-interest, John Earl Ellisor et al., to file a response to the petition for writ of mandamus on or before July 3, 2019. *See* Tex. R. App. P. 52.4.

PER CURIAM

Panel Consists of Chief Justice Frost and Justices Spain and Poissant.

---

[1] Plaintiffs are the real parties-in-interest, John Earl Ellisor et al.